CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2021

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Tywuan Matheny )
    Plaintiff )
        )
        )   civil action no. 7:21CV506 (U)
    v. )
        )
        )
Warden Leu, ET Al., defendants, )
    Defendents )

---

Here comes the plaintiff, Tywuan Matheny, with his complaint filed pursuant to 28 USC 1331, in accordance with Rules 3 and 8, of the Fed. R. Civ. P.

The Plaintiff prays this honorable court construe these pleadings under the less stringent standard announced in Haines V. Kerner, 404 U.S. 519, 30 L.Ed. 2d 652.

(1)

## CLAIM

**1)** The listed personel in USP Lee County,(see attached MEMORANDUM in support), violated my civil rights to be free from cruel and unusual punishment while incarcerated. The violations stem from multiple acts of excessive force and sexual assault unrelated to penalogical needs.

## DEMAND

**2)** I demand the amount of one million, five hundred and ninety thousand dollars, as set forth in attached MEMORANDUM in support.

Respectfully Submitted,

T. Matheny #12474-028
USP LEE COUNTY
PO BOX 305
Jonesville, VA 24263

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7021 0950 0002 1894 3616

United S
Office
210 F
Roanoك



UNITED STATES
POSTAL SERVICE®

1000

24011

U.S. POSTAGE PAID
FCM LG ENV
JONESVILLE, VA
24263
SEP 28, 21
AMOUNT

$0.00
R2305K138589-01




tates District Court
of the Clerk
Franklin Rd. Rm# 540
e , VA 24011

VD